UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-61162-CIV-MORENO

STATE NATIONAL INSURANCE
COMPANY,

    Plaintiff,

vs.

ANZHELA EXPLORER LLC, JEFF
DORSEY, MARK ROSANDICH

    Defendants.
_____/

                            Respectfully submitted,

                            FERTIG & GRAMLING
                            Attorney for Plaintiff
                            200 SE 13th Street
                            Fort Lauderdale, FL 33316
                            Telephone: 954-763-5020
                            Facsimile: 954-763-5412
                            By: s/Christopher R. Fertig
                            Christopher R. Fertig
                            Chris.Fertig@Fertig.com
                            Fla. Bar No.: 218421

CERTIFICATE OF SERVICE

We hereby certify that on 6 June 2008 we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                            By: s/Christopher R. Fertig

SERVICE LIST

Donald W. Strader
Law Office of Donald W. Strader
8522 SW 82 Terrace
Miami, FL 33143-6663
Tel: 305-274-6881
Fax: 305-274-8786
email: dstrader@bcllsouth.net
Attorney for Defendant Anzhela Explorer LLC

Charles P. Moure
Harris & Moure P L L C
720 Olive Way, Ste 1000
Seattle, Washington 98101-1878
Phone: 206-224-5657
Fax: 206-224-5659
email: charles@harrismoure .com
Attorney for Defendant Anzhela Explorer LLC