UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-61162-CIV-MORENO

STATE NATIONAL INSURANCE
COMPANY,

    Plaintiff,

vs.

ANZHELA EXPLORER LLC, JEFF
DORSEY, MARK ROSANDICH

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DISCLOSURES**

COMES NOW Plaintiff, STATE NATIONAL INSURANCE COMPANY, by and through undersigned counsel and hereby files Plaintiff's Notice of Filing Supplemental Disclosure.

Respectfully submitted,

FERTIG & GRAMLING
Attorney for Plaintiff
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: 954-763-5020
Facsimile: 954-763-5412
By: s/Christopher R. Fertig
Christopher R. Fertig
Chris.Fertig@Fertig.com
Fla. Bar No.: 218421

CERTIFICATE OF SERVICE

We hereby certify that on 22 July 2008 we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Christopher R. Fertig

<u>SERVICE LIST</u>

Donald W. Strader
Law Office of Donald W. Strader
8522 SW 82 Terrace
Miami, FL 33143-6663
Tel: 305-274-6881
Fax: 305-274-8786
email: dstrader@bcllsouth.net
Attorney for Defendant Anzhela Explorer LLC

Charles P. Moure
Harris & Moure P L L C
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: 206-224-5657
Fax: 206-224-5659
email: charles@harrismoure .com
Attorney for Defendant Anzhela Explorer LLC

Richard Cochran
Fowler, White, et al.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
email:rcochran@fowler-white.com
Attorney for WFT, non-party