UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 07-61162-CIV-MORENO

STATE NATIONAL INSURANCE
COMPANY,
Plaintiff,/Counter Defendant
vs.
ANZHELA EXPLORER LLC,
JEFF DORSEY, MARK ROSANDICH,
Defendants ./ Counter Plaintiff
_____/

## Plaintiff Counter Defendant State National Insurance Company's Statement of Uncontested Facts In Support Of Summary Judgment Motion

### Agency Relationships

1. **USI was the agent of Mark Rosandich, Anzhela Explorer LLC and the Anzhela Explorer for the purpose of obtaining insurance coverage on the Bottom Time II also known as the Anzhela Explorer.**
   *(Price Deposition, page 51; LeBeouf Deposition, pages 135, 136; Dorsey Deposition, page 94; Rosandich Deposition, pages 39, 40)*

2. **Mark Rosandich was a the vessel's representative, agent and part owner.**
   *(Carins Deposition, page 284; Eymard Depositon, pages 21-23; LeBeouf Deposition, pages 29-30; Rosandich Deposition, pages 20-24)*

3. **Jeff Dorsey is the registered owner of the subject vessel.**
   *(Dorsey Deposition, pages 40, 44 and 45; Counter Claim paragraph 5.*

4. **WFT was the agent of State National Insurance Company for purposes of underwriting and issuing the subject policy of insurance.**
   *(Price Deposition, page 44; LeBeouf Deposition, pages 39, 42, 43; Didier Deposition, page 23)*

### Initial Application (Pre-loss) – Navigation Limits

5. On February 15, 2007 Jamie Robichaux of USI e-mailed to Karyn Price of WFT a hand written application for insurance for Captain Mark Rosandich for purposes of insuring the subject vessel.
   (Price Deposition, page 84; Robichaux Deposition, pages 63, 64; LeBeouf Deposition, page 160)

6. The application for insurance specified the Navigation Limits Required as "*Gulf of Mexico not to exceed 100 miles off shore.*"
   (Price Deposition, page 140; Price Deposition, Exhibit #13 USI Placement # 446-454; Robichaux Deposition, page 67; LeBeouf Deposition, page 58)

7. A Schedule of vessels was also prepared by Ms. Robichaux of USI and e-mailed to Ms. Price of WFT on February 15, 2007.
   (Robichaux Deposition, pages 63, 65; Robichaux Deposition Exhibit #5, USI Placement Document #1104)

8. The Schedule of vessels identified the vessel to be insured as "Bottom Time II" and contained the following language: "LIMITS Warranted confined to the use and navigation of the Gulf of Mexico, not to exceed 100 miles offshore."
   (Robichaux Deposition, page 80; Robichaux Deposition Exhibit #6, USI Placement Document #452)

9. On February 16, 2007 a Quotation was issued by WFT to USI for Captain Mark Rosandich. The Quote contained the following language "*Warranted confined to the use and navigation of the Gulf of Mexico, not to exceed 100 miles off shore.*"
   (USI Placement Document #1105- 1109)

10. A revised schedule of vessels was submitted by USI correcting the name of the vessel to the Anzhela Explorer and again containing the following language "*LIMITS Warranted confined to the use and navigation of the Gulf of Mexico, not to exceed 100 miles offshore.*"
    (USI Placement Document # 834)

11. On March 22, 2007 a request to bind coverage was made by USI on behalf of Anzhela Explorer LLC.
    (Price Deposition, pages 104, 134; Price Deposition Exhibit # 11, USI Placement Documents # 512-513)

### Binder and Policy Issuance (Post March 26, 2007 Loss) – Navigation Limits

12. On March 26, 2007 the vessel sank off of the East Coast of Florida in the Atlantic.
    (Dorsey Deposition, pages 89, 90, 109; Rosandich Deposition, pages 85-92)

13. On March 26, 2007 a confirmation of coverage was issued by USI to Jeff Dorsey Anzhela Explorer LLC specifically requesting the owner review the

coverages obtained based on the information provided by Dorsey as set forth in the confirmation of coverage and to advise them if any corrections or changes needed to be made.
(Robichaux Deposition Page 34&35,Robichaux Deposition Exhibit 2, USI Placement Documents 798 to 799;LeBeouf Deposition Exhibit 12 USI Placement Documents #798 and799 and LeBeouf Deposition Exhibit 14, USI Placement # 103-119; Counter Claim paragraph 13)

14. The confirmation of coverage issued by USI stated *"NAVIGATION LIMITS GULF OF MEXICO NOT TO EXCEED 100 MILES OFF SHORE"*.
(Robichaux Deposition, page 111; LeBeouf Deposition Exhibit 12; USI Placement Document # 798 and 799)

15. The March 26, 2007 letter accompanying the confirmation of coverage also requested the vessel owner to review and sign the completed typed application for insurance prepared by USI as his agent.
(Robichaux Deposition Page 34,Robichaux Deposition Exhibit 2, USI Placement Documents 798 to 799;LeBeouf Deposition Exhibit 12 USI Placement Documents #798 and799 and LeBeouf Deposition Exhibit 14, USI Placement # 103-119)

16. On March 27, 2007 a binder of insurance was issued by WFT for Anzhela Explorer LLC effective 3/23/2007. The area of operation of the vessel was *"Warranted confined to the use and navigation of the Gulf of Mexico, not to exceed 100 miles offshore."*
(Price Deposition, page 140,141 Price Deposition Exhibit 12, USI Placement Document #1083- 1085; Robichaux Deposition, pages 115, 116, USI Placement #1077-1078& 1083-1085)

17. The binder was reviewed by Jamie Robichaux of USI who confirmed the issued binder was consistent with the request for insurance by placing check marks on the items she reviewed.
(Robichaux Deposition, pages 77, 78; Price Deposition Exhibit 12, USI Placement Document #1083-1085)

18. On March 30, 2007, Four days after the vessel sank in the Atlantic Ocean, Jeff Dorsey (the vessel owner) signed the typed application prepared by USI which contained the following: *"Navigation Limits Required: Gulf of Mexico not to exceed 100 miles offshore."*
(Complaint Exhibit "E"; LeBeouf Deposition page 56)

19. The typed application was signed by Jeff Dorsey and contained changes from the initial hand application including a change in the name of the insured under the policy indicating Dorsey read the typed application.
(Robichaux Deposition, pages 70, 71; LeBeouf Deposition page 183,LeBeouf Deposition Exhibit # 5, USI Placement Document # 807-815 and 257 – 262 )

20. On April 4, 2007 the signed typed application for insurance on the vessel was forwarded to WFT by Jamie Robichaux.

(Robichaux Deposition, page 70 Robichaux Deposition Exhibit # 7, USI Placement Document # 255)

21. On April 10, 2007 the Insurance Policy was issued by WFT. The Declarations Page to the policy contained the following Navigation Warranty: *"Warranted confined to the use and navigation of the Gulf of Mexico, not to exceed 100 miles offshore."*
(Complaint Exhibit "C"; Robichaux Deposition Exhibit # 3, USI Placement Document # 995)

22. USI (Jamie Robichaux) reviewed the Declarations page and confirmed the coverages including the Navigation limits were consistent with the application by placing a check mark next to each item.
(Robichaux Deposition, pages 78, 79; Robichaux Deposition Exhibit # 3, USI Placement Document # 995)

23. The vessel sank in the Atlantic Ocean not the Gulf of Mexico.
(Dorsey Deposition, page 109; Rosandich Deposition, pages 87, 88, 89, 90, 92; Morgan Deposition Page 6)

Certificate of Inspection

24. In addition to the representation on the application regarding a current COI the February 15, 2007 email from Ms. Robichaux to Ms. Price *(Placement file #1104)* stated *"The vessel has undergone Coast Guard inspection and has a Certificate of Inspection"*
(Price Deposition, page 133; Robichaux Deposition, pages 62, 63, 72, 76; Robichaux Deposition Exhibit #5 , USI Placement Document #1104)

25. The application represented *"upgrades done COI is current on vessel."*
(Robichaux Deposition, page 68 Robichaux Deposition Exhibit 6, USI Placement Document # 446-454 ; LeBeouf Deposition, pages 61, 167; Price Deposition Exhibit #13)

26. COI is the abbreviation for Certificate of Inspection.
(Price Deposition, page 86; Robichaux Deposition, page 68; LeBeouf Deposition, pages 167, 221)

27. The information representing the COI was current was provided to Ms. Robichaux by Mark Rosandich.
(Robichaux Deposition, page 68; LeBeouf Deposition, pages 64, 166, 167)

28. The vessel did not have a current COI at the time the application was submitted to WFT.
(Robichaux Deposition, page 75; LeBeouf Deposition, pages 53, 221; Dorsey Deposition, pages 97, 99, 100; Rosandich Deposition, pages 41, 42, 44, 45,94)

29. The vessel did not have a current COI at the time of the loss.
(Robichaux Deposition, page 75; LeBeouf Deposition, page 53, Dorsey Deposition, pages 99, 100, 101; Rosandich Deposition, page 94)

Respectfully submitted,

FERTIG & GRAMLING
Attorney for Plaintiff
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: 954-763-5020
Facsimile: 954-763-5412
By: s/Christopher R. Fertig
Christopher R. Fertig
Chris.Fertig@Fertig.com
Fla. Bar No.: 218421

## CERTIFICATE OF SERVICE

We hereby certify that on 12 August 2008 we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Christopher R. Fertig

SERVICE LIST

Donald W. Strader
Law Office of Donald W. Strader
8522 SW 82 Terrace
Miami, FL 33143-6663
Tel: 305-274-6881
Fax: 305-274-8786
email: dstrader@bcllsouth.net
Attorney for Defendant Anzhela Explorer LLC

Charles P. Moure
Harris & Moure P L L C
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: 206-224-5657
Fax: 206-224-5659
email: charles@harrismoure.com
Attorney for Defendant Anzhela Explorer LLC

Richard Cochran
Fowler, White, et al.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
email:rcochran@fowler-white.com
Attorney for WFT, non-party