UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 07-61162-CIV-MORENO

STATE NATIONAL INSURANCE
COMPANY,
Plaintiff,/Counter Defendant
vs.
ANZHELA EXPLORER LLC,
JEFF DORSEY, MARK ROSANDICH,
Defendants ./ Counter Plaintiff
_____/

## APPENDIX TO PLAINTIFF COUNTER DEFENDANT STATE NATIONAL INSURANCE COMPANY'S STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF SUMMARY JUDGMENT MOTION

A. Price Deposition Exhibit 13, USI Placement 446-454
B. Robichaux Deposition Exhibit 5, USI Placement 1104
C. Robichaux Deposition Exhibit 6, USI Placement 452
D. USI Placement 1105-1109
E. USI Placement 834
F. Price Deposition Exhibit 11 USI Placement 512-513
G. Lebeouf Deposition Exhibit 12 USI Placement 798 & 799
H. LeBeouf Deposition Exhibit 14, USI Placement 103-119
I. Price Deposition Exhibit 12, USI Placement 1083-1085
J. USI Placement 1077-1078
K. Exhibit E to Complaint
L. Lebeouf Deposition Exhibit 5 USI Placement 807-815 ( also 257-262)
M. Robichaux Deposition 7, USI Placement 255
N. Exhibit C to Complaint
O. Robichaux Deposition Exhibit 3 USI Placement 995