UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-61162-CIV-MORENO

STATE NATIONAL INSURANCE
COMPANY,

    Plaintiff,

vs.

ANZHELA EXPLORER LLC, JEFF
DORSEY, MARK ROSANDICH

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING USI PLACEMENT FILE RECORDS IN SUPPORT OF SUMMARY JUDGMENT MOTION

Comes now the Plaintiff and files the following records produced by USI in Response to Subpoena in Support of its Motion for Summary Judgment :

1. USI Placement Documents # 103-119; Lebeouf Deposition Exhibit 14
2. USI Placement Document # 255; Robichaux Deposition Exhibit 7
3. USI Placement Documents #257 -262
4. USI Placement Documents # 446 - 454; Price Deposition, Exhibit 13 and Robichaux Deposition Exhibit 6
5. USI Placement Documents # 512-513; Price Deposition Exhibit 11
6. USI Placement Documents #798 & 799 ; LeBeouf Deposition Exhibit 12 and Robichaux Deposition Exhibit 2
7. USI Placement Documents # 807 - 815; LeBeouf Deposition Exhibit 5
8. USI Placement Document # 834
9. USI Placement Document # 995; Robichaux Deposition Exhibit 3
10. USI Placement Documents #1077 - 1078
11. USI Placement Documents #1083 - 1085; Price Deposition Exhibit 12

12. USI Placement Document #1104; Robichaux Deposition Exhibit 5

13  USI Placement Document #1105 - 1109

>Respectfully submitted,
>
>FERTIG & GRAMLING
>Attorney for Plaintiff
>200 SE 13th Street
>Fort Lauderdale, FL 33316
>Telephone: 954-763-5020
>Facsimile: 954-763-5412
>By: s/Christopher R. Fertig
>Christopher R. Fertig
>Chris.Fertig@Fertig.com
>Fla. Bar No.: 218421

## CERTIFICATE OF SERVICE

We hereby certify that on 12 August 2008 we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: s/Christopher R. Fertig

SERVICE LIST

Donald W. Strader
Law Office of Donald W. Strader
8522 SW 82 Terrace
Miami, FL 33143-6663
Tel: 305-274-6881
Fax: 305-274-8786
email: dstrader@bcllsouth.net
Attorney for Defendant Anzhela Explorer LLC

Charles P. Moure
Harris & Moure P L L C
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: 206-224-5657
Fax: 206-224-5659
email: charles@harrismoure.com
Attorney for Defendant Anzhela Explorer LLC

Richard Cochran
Fowler, White, et al.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131
email:rcochran@fowler-white.com
Attorney for WFT, non-party