# UNITED STATES DISTRICT COURT

### Southern District of Florida

Case Number: 07-CV-61162-FAM

STATE NATIONAL INSURANCE CO.,

      Plaintiff,

      v.

ANZHELA EXPLORER LLC, et. Al

      Defendant.

_____/

### ANZHELA EXPLORER'S OBJECTIONS TO STATE NATIONAL INSURANCE COMPANY'S EXHIBIT LIST

| PLAINTIFF STATE NATIONAL INSURANCE COMPANY, | DEFENDANT VS. ANZHELA EXPLORER, ET AL. | CASE NO. **07-CV-61162-FAM** |
|---|---|---|

| PLF. NO. | DEF. NO. | PLAINTIFF'S EXHIBIT LIST | DEFENDANT'S OBJECTION |
|---|---|---|---|
| 1 | | Blog posting from the Sun-Sentinel website. Posted on March 26, 2007. | Authenticity, Hearsay, Relevancy, Inadmissible pursuant to 46USC § 6308 |
| 2 | | E-mail from Mark Rosandich to Jeff Dorsey dated May 23, 2007. | Authenticity, Hearsay, Relevancy |
| 3 | | E-mail from Mark Rosandich to Harold Heno dated April 30, 2007. | Authenticity, Hearsay, Relevancy |
| 4 | | E-mail from Mark Rosandich to Harold Heno dated May 2, 2007. | Authenticity, Hearsay, Relevancy |
| 5 | | E-mail from Mark Rosandich to Harold Heno dated May 1, 2007. | Authenticity, Hearsay, Relevancy |
| 6 | | E-mail from Mark Rosandich to Brad Schoenwald date June 13, 2007. | Authenticity, Hearsay, Relevancy |
| 7 | | E-mail from Mark Rosandich to Harold Heno dated April 15, 2007. | Authenticity, Hearsay, Relevancy |
| 8 | | E-mail from Mark Rosandich to Captain Brian Hawthorne dated April 15, 2007 | Authenticity, Hearsay, Relevancy |
| 9 | | Letter from the Department of Environmental Resources Management to Jeff Dorsey regarding the environmental impact of the sinking of the M/V Anzhela Explorer dated April 30, 2007. | None |

| 10 | | Southeast Florida Coral Reef Winter 2007 CRCP/SEFCRI Update regarding the environmental impact of the sinking of the M/V Anzhela Explorer. | None |
|---|---|---|---|
| 11 | | Description of the operation from USI for the M/V Anzhela Explorer. | Relevancy, Hearsay, Authenticity |
| 12 | | List of lost personal effects for Ross Eymard, Killingsworth and Steven Scibetta. (3 pp.) | None |
| 13 | | Survey Report for "Bottom Time II" by Malcolm Elliott dated August 12, 2006. | None |
| 14 | | Letter from Los Angeles Supply company regarding the storage of the M/V Anzhela Explorer dated June 7, 2007. | Relevancy, Hearsay, Authenticity |
| 15 | | Record statement of Ross Eymard | Hearsay |
| 16 | | Record statement of Steven Scibetta | Hearsay |
| 17 | | Record statement of David Killingsworth | Hearsay |
| 18 | | E-mail string from Karyn Price to Keith Warncken and from Jamie Robichaux to Karyn Price dated February 15, 2007. | Authenticity, Hearsay, Relevancy |
| 19 | | E-mail string from Karyn Price to Jessica Squires and from Karyn Price to Amy Luke dated February 16, 2007. (2 pp.) | Authenticity, Hearsay, Relevancy |
| 20 | | E-mail from Karyn Price to Jessica Squires dated March 22, 2007. | Authenticity, Hearsay, Relevancy |
| 21 | | E-mail from Nataly Garcia to Karyn Price dated March 22, 2007. | Authenticity, Hearsay, Relevancy |
| 22 | | E-mail string from Jessica Squires to Amy Luke Date February 16, 2007. | Authenticity, Hearsay, Relevancy |
| 23 | | E-mail from Karyn Price to Jessica Squires forwarding quote terms dated February 16, 2007. | Authenticity, Hearsay, Relevancy |
| 24 | | Quotation from Mark Rosandich with TRIA disclosure, schedule of vessels | Relevancy, Hearsay, Authenticity |
| 25 | | E-mail from Jessica Squires to Nataly Garcia regarding binding State of Washington with handwritten notes dated March 23, 2007. (22p.) | Authenticity, Hearsay, Relevancy |
| 26 | | E-mail from Jessica Squires to Karyn Price regarding vessel in Florida dated March 23, 2007. | Authenticity, Hearsay, Relevancy |
| 27 | | E-mail from Nataly Garcia to Jessica Squires dated March 26, 2007. | Authenticity, Hearsay, Relevancy |
| 28 | | E-mail string from/to Wanda Didier to/from Shirley Bickford dated March 26, 2007. | Authenticity, Hearsay, Relevancy |
| 29 | | E-mail from Jessica Squires to Amy Luke dated March 27, 2007. | Authenticity, Hearsay, Relevancy |
| 30 | | E-mail from Jessica Squires to Shirley Bickford with handwritten notes dated March 27, 2007. | Authenticity, Hearsay, Relevancy |
| 31 | | Binder | Authenticity |
| 32 | | Schedule of forms | Authenticity |
| 33 | | Schedule of vessels | Authenticity |
| 34 | | E-mail from Jessica Squires to Amy Luke regarding binder and name change dated March 27, 2007. | Authenticity, Hearsay, Relevancy |
| 35 | | E-mail from Robichaux to Squires dated March 28, 2007. (3 pp.) | Authenticity, Hearsay, Relevancy |
| 36 | | E-mail from Oldham to Luke dated April 4, 2007. ( 2 pp.) | Authenticity, Hearsay, Relevancy |
| 37 | | E-mail from Oldham to Robichaux dated April 4, 2007. (1 p.) | Authenticity, Hearsay, Relevancy |
| 38 | | E-mail from Robichaux to Oldham regarding signed application dated April 4, 2007. | Authenticity, Hearsay |
| 39 | | E-mail from Garcia to Oldham regarding letter from bank, not | Authenticity, Hearsay, |

|    |    |                                                                                                                                                                           |                                       |
|----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------|
|    |    | loss payee dated April 12, 2007. ( 3 pp.)                                                                                                                                 | Relevancy                             |
| 40 |    | Fax dated April 12, 2007 Forwarded undated letter from Community Bank regarding loss payee status.                                                                        | Authenticity, Hearsay                 |
| 41 |    | Handwritten note to Katie Oldham to Wanda Didier dated April 16, 2007.                                                                                                    | Authenticity, Hearsay                 |
| 42 |    | Letter from Squires to Luke regarding policy.                                                                                                                             | Authenticity, Hearsay                 |
| 43 |    | E-mail from Oldham to Heno regarding policy dated April 16, 2007.                                                                                                         | Authenticity, Hearsay                 |
| 44 |    | Letter from USI to WFT regarding giving order to bind coverage, vessel schedule and loss payee signed by Nataly Garcia dated April 12, 2007.                              | Authenticity, Hearsay                 |
| 45 |    | Schedule of Vessels                                                                                                                                                       | Authenticity, Hearsay                 |
| 46 |    | Letter to Luke from Squires regarding endorsement dated May 1, 2007.                                                                                                      | Authenticity, Hearsay                 |
| 47 |    | E-mail chain between Squires and Didier regarding Robichaux request for changes dated June 19, 2007.                                                                      | Authenticity, Hearsay                 |
| 48 |    | E-mail from Didier to Robichaux regarding navigational limits dated July 2, 2007.                                                                                         | Authenticity, Hearsay                 |
| 49 |    | Letter from United States Coast Guard regarding the production of the Activity Summary Report of the M/V Anzhela Explorer dated June 28, 2007.                            | Authenticity, Hearsay                 |
| 50 |    | United States Coast Guard's Activity Summary Report of the M/V Anzhela Explorer                                                                                           | Authenticity, Hearsay                 |
| 51 |    | Hull Proof of Loss form as submitted by Jeff Dorsey.                                                                                                                      | Authenticity, Hearsay                 |
| 52 |    | USI Commercial HULL-Protection & Indemnity Application submitted by owners before the sinking of the M/V Anzhela Explorer. (**Unsigned**)                                 | Authenticity, Hearsay                 |
| 53 |    | USI Commercial HULL-Protection & Indemnity Application submitted by owners before the sinking of the M/V Anzhela Explorer. (**Signed**)                                   | Authenticity, Hearsay                 |
| 54 |    | Insurance Policy from State National Insurance Company                                                                                                                    | Authenticity, Hearsay                 |
| 55 |    | Personnel Spreadsheets from Sea Tow (8 pp.)                                                                                                                               | Authenticity, Hearsay                 |
| 56 |    | Sea Tow's invoice dated April 16, 2007.                                                                                                                                   | Authenticity, Hearsay                 |
| 57 |    | Sea Tow's Redelivery Statement                                                                                                                                            | Authenticity, Hearsay                 |
| 58 |    | Check from Optimum Claim Services Seat Tow in the amount of $379,000.00.                                                                                                  | Authenticity, Hearsay                 |
| 59 |    | Check from Optimum Claim Services Seat Tow in the amount of $234,421.50.                                                                                                  | Authenticity, Hearsay                 |
| 60 |    | Wreck Removal Proposal, Bid and Terms Conditions. Unexecuted copy has been attached. The executed copy has been requested and will be produced upon receipt of the same.  | Authenticity, Hearsay                 |
| 61 |    | Various pictures of the salvage of the vessel, the vessel and its parts.                                                                                                  | Authenticity, Hearsay Inaccuracy      |
| 62 |    | Report; Drawbridge openings dated March 2007.                                                                                                                             | Authenticity, Hearsay                 |
| 63 |    | Jamie Robichaux Deposition Exhibit 1 – USI – Placement (034 thru 052) – e-mail to Price with attachments dated 2/15/07.                                                   | None                                  |
| 64 |    | Jamie Robichaux Deposition Exhibit 2 – USI – Placement (798 thru 799) – confirmation of coverage dated 3/23/07                                                            | None                                  |
| 65 |    | Jamie Robichaux Deposition Exhibit 3 – USI – Placement (995 thru 1029) – Policy of insurance with annotations                                                             | None                                  |
| 66 |    | Jamie Robichaux Deposition Exhibit 4 – USI – Placement (498 thru 500) – e-mail chain with Didier dated 6/27/06                                                            | None                                  |
| 67 |    | Jamie Robichaux Deposition Exhibit 5 – USI – Placement (1104) – e-mail to Karyn Price dated 2/15/07                                                                       | None                                  |
| 68 |    | Jamie Robichaux Deposition Exhibit 6 – USI – Placement (446                                                                                                               | None                                  |

|  |  |  |  |
|---|---|---|---|
|  |  | thru 454) – unsigned application |  |
| 69 |  | Jamie Robichaux Deposition Exhibit 7 – USI – Placement (255 thru 262) – e-mail to Oldham with signed application dated 4/4/07 | None |
| 70 |  | Jamie Robichaux Deposition Exhibit 8 – USI – Placement (1034) – Marine Policy check list. | None |
| 71 |  | Jamie Robichaux Deposition Exhibit 9 – USI – Placement (646) – e-mail to Didier dated 7/2/07 | None |
| 72 |  | Jamie Robichaux Deposition Exhibit 1- – USI – Placement (186) – e-mail from Strader dated 6/27/07 | None |
| 73 |  | Jamie Robichaux Deposition Exhibit 11 – USI – Placement (824 thru 825) – submission with notes | None |
| 74 |  | Steven Scibetta's Deposition-Photographs defined as Exhibits 2-11 | None |
| 75 |  | Ian Cairns Deposition Exhibit 1- Damage Survey 7/9/08 | Authenticity, Hearsay, Inaccuracy |
| 76 |  | Ian Cairns Deposition Exhibit 2 – Photographs to damage survey. | Authenticity, Hearsay |
| 77 |  | Ian Cairns Deposition Exhibit 3 – Sinking site aerials and lads | Authenticity, Hearsay |
| 78 |  | Ian Cairns Deposition Exhibit 4 – Hose attachment | None |
| 79 |  | Ian Cairns Deposition Exhibit 5 – Photograph | Authenticity, Hearsay |
| 80 |  | Brad Schoenwald Deposition Exhibit 1 – Entire File | Authenticity, Hearsay |
| 81 |  | Brad Schoenwald Deposition Exhibit 2 – Coast Guard 840 Book | Relevancy |
| 82 |  | Brad Schoenwald Deposition Exhibit 3 – Handwritten Notes | None |
| 83 |  | Brad Schoenwald Deposition Exhibit 4 – Billing Sheet | None |
| 84 |  | Brad Schoenwald Deposition Exhibit 5 – Regulation 46 CFR 182.50 | Relevancy |
| 85 |  | Brad Schoenwald Deposition Exhibit 6 – Stability Book | Authenticity, Hearsay |
| 86 |  | Brad Schoenwald Deposition Exhibit 7 – Photo | None |
| 87 |  | Tim Morgan Deposition Exhibit 1 – Sea Tow Salvage Agreement | Authenticity, Hearsay |
| 88 |  | Tim Morgan Deposition Exhibit 2 – Invoices | Authenticity, Hearsay |
| 89 |  | Tim Morgan Deposition Exhibit 3 – Salvage Proposal | Authenticity, Hearsay |
| 90 |  | Tim Morgan Deposition Exhibit 4 – Site view and plot email | None |
| 91 |  | Tim Morgan Deposition Exhibit 5 – Email to Linda Morgan dated April 22, 2007. | None |
| 92 |  | Tim Morgan Deposition Exhibit 6 – Weather Reports | None |
| 93 |  | Tim Morgan Deposition Exhibit 7 – CD containing photographs | None |
| 94 |  | Tim Morgan Deposition Exhibit 8 – E-mail from Mark Rosandich dated April 10, 2007. | None |
| None 95 |  | Tim Morgan Deposition Exhibit 9 – E-mail from Mark Rosandich dated April 9, 2007. | None |
| 96 |  | Tim Morgan Deposition Exhibit 10 – E-mail from Mark Rosandich dated April 10, 2007. | None |
| None 97 |  | Tim Morgan Deposition Exhibit 11 – E-mail from Mark Rosandich dated April 10, 2007. | None |
| 98 |  | Tim Morgan Deposition Exhibit 12 – E-mail to Nagel dated April 10, 2007. | None |
| 99 |  | Tim Morgan Deposition Exhibit 13 – E-mail from Mark Rosandich dated April 21, 2007. | None |
| 100 |  | Tim Morgan Deposition Exhibit 14 – E-mail from Heno dated April 4, 2007. | None |
| 101 |  | Tim Morgan Deposition Exhibit 15 – E-mail from Heno dated April 6, 2007. | None |

| | | | |
|---|---|---|---|
| 102 | | Tim Morgan Deposition Exhibit 16 – Four page Fax from Diamond dated March 24, 2007. | None |
| 103 | | Tim Morgan Deposition Exhibit 17 – E-mail from Fulweiler dated April 6, 2007. | None |
| 104 | | Tim Morgan Deposition Exhibit 18 – E-mail from Fulweiler dated April 6, 2007. | None |
| 105 | | Tim Morgan Deposition Exhibit 19 – Redelivery Statement | None |
| 106 | | Tim Morgan Deposition Exhibit 20 – Email from Mark Rosandich dated April 9, 2007. | None |
| 107 | | Tim Morgan Deposition Exhibit 21 – E-mail and Bid from Captain Morgan dated March 30, 2007. | None |
| 108 | | Shawn LeBeouf Deposition Exhibit 1 – Copy of E-mail from Shawn to Bart Westmoreland, 4 pages (Placement - 458) | None |
| 109 | | Shawn LeBeouf Deposition Exhibit 2 – Copy of e-mail from Rosandich to Shawn, Bottom Time Survey (Placement -001) | None |
| 110 | | Shawn LeBeouf Deposition Exhibit 3 – Copy of e-mail from Jamie Robichaux to Karyn Price, (Placement-034) | None |
| 111 | | Shawn LeBeouf Deposition Exhibit 4 – Copy of e-mail from Shawn to Karyn Price (Placement-061) | None |
| 112 | | Shawn LeBeouf Deposition Exhibit 5- Commercial Hull Protection & Indemnity Application, (Placement-0807) | None |
| 113 | | Shawn LeBeouf Deposition Exhibit 6 – Certificate of Documentation (Placement 0434) | None |
| 114 | | Shawn LeBeouf Deposition Exhibit 7 – Copy of e-mail from Robert Palmer to Amy Luke (Placement-1133) | None |
| 115 | | Shawn LeBeouf Deposition Exhibit 8 – Copy of e-mail from Shawn to Rosandich, (Placement 068) | None |
| 116 | | Shawn LeBeouf Deposition Exhibit 9 – Copy of e-mail from Shawn to High Seas/Cpt. Mark, (Placement 069). | None |
| 117 | | Shawn LeBeouf Deposition Exhibit 10 – Copy of e-mail from Jessica Squires to Nataly Garcia, (Placement – 1086) | None |
| 118 | | Shawn LeBeouf Deposition Exhibit 11 – Copy of e-mail from Shawn to Rosandich, (Placement 86) | None |
| 119 | | Shawn LeBeouf Deposition Exhibit 12 – Fax Transmission, confirmation of coverage 3/23/07 from Nataly Garcia to Jeff Dorsey (Placement 0799) | None |
| 120 | | Shawn LeBeouf Deposition Exhibit 13 – Copy of e-mail (3/23/07) from Nancy Dodop to Nataly Garcia (Placement 1125) | None |
| 121 | | Shawn LeBeouf Deposition Exhibit 14 – Copy of e-mail (3/26/07) from Nataly Garcia to Jeff Dorsey (Placement 103) | None |
| 122 | | Shawn LeBeouf Deposition Exhibit 15 – Copy of e-mail (3/26/2007) from Jamie Robichaux to Amy Luke (Placement 099) | None |
| 123 | | Shawn LeBeouf Deposition Exhibit 16 – Copy of e-mail (3/26/07/) from Tina Chauvin to S. Bickford (Placement 914) | None |
| 124 | | Shawn LeBeouf Deposition Exhibit 17 – Copy of e-mail (47/4/07) from Don Callais to KI. Brimingham (Placement 914) | None |
| 125 | | Shawn LeBeouf Deposition Exhibit 18 – Copy of e-mail (2/14/07) from Rosandich to Shawn, (Placement 824) | None |
| 126 | | Shawn LeBeouf Deposition Exhibit 19 – Copy of e-mail (7/25/07) from Shawn to Bart Westmoreland (Placement 395) | None |
| 127 | | Shawn LeBeouf Deposition Exhibit 20 – Commercial Hull- Protection & Indemnity Application (Placement 850) | None |
| 128 | | Shawn LeBeouf Deposition Exhibit 21 – Copy of e-mail | None |

|     |     |                                                                                                                                                      |      |
| --- | --- | ---------------------------------------------------------------------------------------------------------------------------------------------------- | ---- |
|     |     | (6/27/07) from Jamie Robichaux to Didier, (Placement 498)                                                                                            |      |
| 129 |     | Wanda Didier Deposition Exhibit 1 – Fax confirmation of coverage for vessel, (Placement 798-799)                                                     | None |
| 130 |     | Wanda Didier Deposition Exhibit 2- Hull & Machinery/Protection & Indemnity Declarations, (Placement 995-1029)                                        | None |
| 131 |     | Wanda Didier Deposition Exhibit 3 – E-mail from Robichaux to Didier dated 6/27/07 re: navigational limits, (Placement 498)                           | None |
| 132 |     | Wanda Didier Deposition Exhibit 4 – E-mail from Don Callais to K. Birmingham dated 4/4/07 re: Underwriters reviewing the policy, (Placement 914)     | None |
| 133 |     | Karyn Price Deposition Exhibit 5 – E-mail from Robichaux to Price dated 2/15/07 re: information on new account attaching Bottom Time II survey, (Placement 034-051). | None |
| 134 |     | Karyn Price Deposition Exhibit 6 – E-mail from Price to Amy Luke, (Placement 055-056).                                                               | None |
| 135 |     | Karyn Price Deposition Exhibit 7 – Hull & Machinery/Protection & Indemnification Quotation, (Placement 057-060).                                     | None |
| 136 |     | Karyn Price Deposition Exhibit 8 – E-mail from LeBeouf to Price dated 2/16/07 re: cost of 55K, (Placement 61-66).c                                   | None |
| 137 |     | Karyn Price Deposition Exhibit 9 – E-mail from Jessica Squires to Nataly Garcia dated 3/23/07 containing e-mail of 3/22/07 issuing policy and order to bind, (Placement 1086-1087). | None |
| 138 |     | Karyn Price Deposition Exhibit 10 – E-mail from LeBeouf to Westmoreland dated 7/25/07 re: attaching documents including Description of Operation, (Placement 444-445). | None |
| 139 |     | Karyn Price Deposition Exhibit 11 – E-mail from LeBeouf to Westmoreland dated 7/25/07 re: Order to bind, (Placement 512-513).                        | None |
| 140 |     | Karyn Price Deposition Exhibit 12 – Binder effective 3/23/07 – 3/23/08, (Placement 1083-1085).                                                       | None |
| 141 |     | Karyn Price Deposition Exhibit 13 – Commercial Hull – Protection & Indemnity Application, (Placement 446-454 ).                                      | None |
| 142 |     | Karyn Price Deposition Exhibit 14 – Commercial Hull – Protection & Indemnity Application, execute, (Placement 807-812 ).                             | None |
| 143 |     | Malcolm Elliott's Deposition Exhibit 1 – Letter to Rosandich Dated August 7, 2008 enclosing photographs and various other documents regarding weather and ocean. | None |
| 144 |     | Malcolm Elliott's Deposition Exhibit 2 – Letter to Strader dated July 26, 2007 enclosing Survey Report for Anzhela Explorer (in color) undated. Post Loss Survey Report. | None |
| 145 |     | Malcolm Elliott's Deposition Exhibit 3 – Letter to Moure estimating at value of Anzhela Explorer attaching United States Coast Guard Activity Report dated August 22, 2006, Anzhela Explorer Project Cost Summary, Loan – Dorsey Family, LLC to Anzhela Explorer, LLC, 2006 & 2007, Anzhela Explorer, LLC Expenses for Reimbursement – Jeff Dorsey Credit Cards, Anzhela Explorer Expenses – Jeff Dorsey Checking Account. | None |
| 146 |     | Malcolm Elliott's Deposition Exhibit 4 – Letter to Strader enclosing Elliott's Rebuttals to State National Experts Haines and Cairns.                | None |
| 147 |     | Malcolm Elliott's Deposition Exhibit 5 – Billing Statement, Rates, Resume and Litigation Experience.                                                 | None |

| 148 | | Malcolm Elliott's Deposition Exhibit 6 – Email from Strader to Elliott dated 7/31/07 attaching photographs provided by Brad Schoenwald of the pumps. | None |
|---|---|---|---|
| 149 | | Malcolm Elliott's Deposition Exhibit 6 – Email string between Strader and Sandra Andry @ usi.biz dated 6/7/07 – 5/24/07 re: claim management and inspection of hull and engines of Anzhela Explorer. | None |
| 150 | | Malcolm Elliott's Deposition Exhibit 6 – Email from Dorsey to Elliott dated 6/05/07 re: receipt of questions and confirmation of payment of $6,000.00 to Bruce Sugar. | None |
| 151 | | Malcolm Elliott's Deposition Exhibit 6 – Letter to Jeff Dorsey dated June 5, 2007 re: Elliott's assessment of vessel. | None |
| 152 | | Malcolm Elliott's Deposition Exhibit 6 – Email from Strader to Elliott dated May 31, 2007 re: retention of Elliott's services upon approval of owner, Jeff Dorsey. | None |
| 153 | | Malcolm Elliott's Deposition Exhibit 6 – Optimum Claim Service's Reservation of Rights letter dated 5/15/07. | Authenticity, Hearsay |
| 154 | | Malcolm Elliott's Deposition Exhibit 6 – United States of America, United States Coast Guard National Vessel Documentation Center – Certificate of Documentation for Anzhela Explorer dated 12/27/06. | Authenticity, Hearsay |
| 155 | | Malcolm Elliott's Deposition Exhibit 6 – Confirmation of Coverage, State National Insurance Company for Anzhela Explorer dated 3/23/07. | None |
| 156 | | Malcolm Elliott's Deposition Exhibit 6 – Letter to Rosandich dated 5/31/07 (previously listed herein dated August 7, 2008). | Authenticity, Hearsay |
| 157 | | Malcolm Elliott's Deposition Exhibit 6 – DVD entitled "Anzhela Explorer" Photographs & Files dated July 31, 2008, Florida Nautical Surveyors 954-801-2140. | None |
| 158 | | Statement of David Killingsworth | Authenticity, Hearsay |
| 159 | | Malcolm Elliott's Deposition Exhibit 11 – Letter to Millard Goutierez from Strader in response to Optimum Claims Services, Inc's Reservation of Rights letter. | None |
| 160 | | Malcolm Elliott's Deposition Exhibit 12 – Letter from US Coast Guard enclosing Activity Summary Report dated 8/22/06 including all deficiencies. | None |
| 161 | | Malcolm Elliott's Deposition Exhibit 13 – Email from Tim Howell at VMS, Inc. to Randy Ruether at Optimum Claim Services dated July 6, 2007 re: Bridge Openings from March 16 – March 24, 2007. | None |
| 162 | | Malcolm Elliott's Deposition Exhibit 13 – Report of Drawbridge Openings Logs from March 16, 2007 through March 24, 2007. | None |
| 163 | | Malcolm Elliott's Deposition Exhibit 14 – Anzhela Explorer Time Line for March 2007. | None |
| 164 | | Malcolm Elliott's Deposition Exhibit 15 – Email strong from Strader to Sandra Andry of USI dated 6/15/07 written by Malcolm Elliott re: his initial thoughts on Anzhela prior to writing report or seeing hose. | None |
| 165 | | Malcolm Elliott's Deposition Exhibit 16 – United States of America, United States Coast Guard, Department of Homeland Security, National Vessel Documentation Center, Certificate of Documentation, Vessel Name: Anzhela Explorer, issue date: December 27, 2006. | None |
| 166 | | Malcolm Elliott's Deposition Exhibit 17 – United States Coast | None |

| | | | |
|---|---|---|---|
| | | Guard Maritime Information Exchange Port State Information Exchange: Vessel Results for Bottom Time II (Not Print Friendly Page). | |
| 167 | | Malcolm Elliott's Deposition Exhibit 18 – United States Coast Guard Maritime Information Exchange Port State Information Exchange: Vessel Results for Bottom Time II (Print Friendly Page). | None |
| 168 | | Malcolm Elliott's Deposition Exhibit 19A – Photograph of Anzhela Explorer dated April 20, 2007. | None |
| 169 | | Malcolm Elliott's Deposition Exhibit 20A – Photograph of Anzhela Explorer dated April 20, 2007. | None |
| 170 | | Malcolm Elliott's Deposition Exhibit 26 – Photograph of Anzhela Explorer dated April 16, 2007. | None |
| 171 | | Malcolm Elliott's Deposition Exhibit 27 – Photograph of Anzhela Explorer dated April 20, 2007. | None |
| 172 | | Photographs of Anzhela Explorer described as Exhibits 1 through 4 of Captain Ross Eymard's Deposition. | None |
| 173 | | Malcolm Elliott's Color Survey of the Anzhela Explorer dated August 12, 2006. | None |
| 174 | | Mark Rosandich Deposition Exhibit 1 – Malcolm Elliott's Report on 8/12/06. | None |
| 175 | | Mark Rosandich Deposition Exhibit 2 – Commercial Hull – Protection & Indemnification Application - unexecuted | None |
| 176 | | Mark Rosandich Deposition Exhibit 3 – United States Coast Guard Activity Summary Report dated 8/22/06. | None |
| 177 | | Mark Rosandich Deposition Exhibit 4 – Rosandich's drawing on yellow legal paper of the damage to the prop. His definition and illustration of "Prop Damage." | None |
| 178 | | Jeff Dorsey Deposition Exhibit 1 – Elliott's 15 page survey dated 8/12/06. | None |
| 179 | | Jeff Dorsey Deposition Exhibit 2 – Commercial Hull – Protection & Indemnification Application – unexecuted | None |
| 180 | | Jeff Dorsey Deposition Exhibit 3 – United States Coast Guard Activity Summary Report dated 8/22/06. | None |
| 181 | | Drew Haines of Murray & Associates Report dated July 9, 2009. | Authenticity, Hearsay, Inaccuracy, Prejudicial |
| 182 | | USGC Report on Investigation into the circumstances surrounding the incident involving M/Y Anzhela Explorer on 3/26/07. | Authenticity, Hearsay, Inaccuracy, Prejudicial, Inadmissible pursuant to 46USC § 6308 |
| 183 | | M/V Bottom Time II Preliminary Intact and Damage Stability Booklet. | Authenticity |
| 184 | | USCG Marine Safety Manual | Relevancy |
| 185 | | PDF pages of a Internet web page regarding M/V Bottom Time II with photographs | Authenticity, Hearsay, Inaccuracy, Prejudicial |
| 186 | | Alister Dredge of Miami Yacht Surveyors Report dated August 7, 2008 | Authenticity, Hearsay, Inaccuracy, Prejudicial |
| 187 | | USI Placement file Documents #1 through #1127 | Authenticity, Hearsay |
| 188 | | USI Claim File Documents #1 through #477 | Authenticity, Hearsay |
| 189 | | Coast Guard Report dated March 26, 2007 | Authenticity, Hearsay, Inadmissible pursuant to 46USC § 6308 |
| 190 | | Preliminary intact damage stability booklet, United States Coast Guard dated April 25, 1986. | Authenticity, Hearsay |

| 191 | | Phone Records from Dorsey from March 1 – March 31, 2007 (6 pp.) | Authenticity, Relevancy |
|---|---|---|---|
| 192 | | USCG Vessel Critical Profile for Anzhela Explorer VIN #904258 | Authenticity |
| 193 | | Email 4/30/017 from Rosandich re Anzhela Explorer inspection and opinion | Authenticity, Hearsay, Inaccuracy |
| 194 | | 4/30/07 email from Rosandich to Heno forwarding communication with Moynahan | Authenticity, Hearsay, Inaccuracy |
| 195 | | 5/02/07 email from Rosandich to Heno re: reconciliation | Authenticity, Hearsay |
| 196 | | 8/16/06 email Rosandich re: Bottom Time Hull Inspection | Authenticity, Hearsay |
| 197 | | 8/14/06 Invoice Costa Rica Yacht Repair | None |
| 198 | | 09/01/06 Invoice Costa Rica Yacht Repair | None |
| 199 | | 08/06 Atlass Insurance Group Renewal Questionnaire | Authenticity, Hearsay |
| 200 | | All records listed by Defendants without waiver of objection | |
| 201 | | Impeachment and Rebuttal Exhibits | |