AO 187(Rev. 22/2002) Exhibit and Witness List

# United States District Court

| SOUTHERN | **DISTRICT OF** | FLORIDA |
|---|---|---|

### Case Number:  07-CV-61162-FAM

STATE NATIONAL INSURANCE CO.,

     Plaintiff,

     **v.**

ANZHELA EXPLORER LLC, et. al

     Defendant.

_____/

### PLAINTIFF'S WITNESS LIST

| PRESIDING JUDGE<br>Moreno | PLAINTIFF'S ATTORNEY<br>Christopher R. Fertig<br>Darlene M. Lidondici | DEFENDANT'S ATTORNEY<br>Charles Moure<br>Donald Strader |
|---|---|---|
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES*<br>Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | **Jeff Dorsey    Live and Deposition Testimony to be used at trial**<br>Plaintiff Representative<br><br>Knowledge of issues concerning all aspects of the M/V ANZHELA EXPLORER, including all issues related to the procurement of insurance for the vessel. |
| | | | | | **Mark Rosandich    Live and Deposition Testimony to be used at trial**<br><br>knowledge concerning all aspects of the M/V ANZHELA EXPLORER, including all issues related to the procurement of insurance for the vessel and facts surroundin gloss and post loss. |
| | | | | | **Captain Timothy Morgan    Live Testimony to be used at trial**<br><br>knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel, statements and admissions of owner and owners representative regarding cause of sinking and disposal of salvage /spoilation. |
| | | | | | **Brian Hawthorne    Live Testimony to be used at trial**<br><br>knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vesse,l statements and admissions of owner and owners representative regarding cause of sinking and disposal of salvage /spoilation . |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES* Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | **Lisa Morgan**      Live Testimony to be used at trial<br><br>knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Jane Hawthorne**          Live Testimony to be used at trial<br><br>knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel and conversations with Rosandich. |
| | | | | | **John K. Fulweiler, Esq.**    Live Testimony to be used at trial<br><br>Mr. Fulweiler represented Salvage Master Sea Tow Ft. Lauderdale with respect to the salvage work done on the M/V ANZHELA EXPLORER. It is believed he has general knowledge of the terms of any agreement for the salvage operation. |
| | | | | | **Wanda Didier.**          Live Testimony to be used at trial<br>WFT, Inc.<br><br>knowledge of the Policy at issue and the efforts of the insured to procure such insurance through USI. |
| | | | | | **Karyn Price**          Live Testimony to be used at trial<br> WFT, Inc.<br><br>general knowledge of the Policy at issue and the efforts of the insured to procure such insurance through USI. |
| | | | | | **Jessica Squires**          Live Testimony to be used at trial<br> WFT, Inc.<br><br>general knowledge of the procurement and issuance of the insurance with  USI |
| | | | | | **Kate Oldham**          Live Testimony to be used at trial<br>WFT, Inc.<br><br>general knowledge of the procurement and issuance of the insurance with  USI. |
| | | | | | **Millard Goutierez**      Live Testimony to be used at trial<br>Optimum Claims Services<br><br>Mr. Goutierez has knowledge of the post loss investigation, claims adjustment and the salvage efforts, disposal of salvage and salvage assessment |
| | | | | | **Shirley Bickford,**          Live Testimony to be used at trial<br>Optimum Claims Services<br><br>Knowledge of the post loss investigation, claims adjustment and the salvage efforts. |
| | | | | | **Harold Heno**          Live Testimony to be used at trial<br>Optimum Claims Services<br><br>Mr. Heno has knowledge of post loss investigation, claims adjustment and the salvage efforts. |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES*<br>Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | **Shawn LeBeouf          Deposition Testimony to be used at trial**<br>USI<br><br>knowledge of ANZHELA LLC' S procurement of insurance, including communications regarding the same and information provided by ANZHELA LLC to STATE during the application process. |
| | | | | | **Jamie Robichaux          Deposition Testimony to be used at trial**<br> USI Southwest<br><br>knowledge of ANZHELA LLC'S procurement of insurance from STATE, including communications regarding the same and information provided by ANZHELA LLC to STATE during the application process. |
| | | | | | **Ian D. Cairns      Live and Deposition Testimony to be used at trial**<br>**Plaintiff Expert and Fact Witness**<br><br>Mr. Cairns inspected the M/V ANZHELA EXPLORER after the loss. He has knowledge of the events leading up to the loss, condition of the vessel, representations and admissions of the Defendant as to the vessel condition and operation , salvage and inspections efforts after the loss as well other areas as more fully described in his expert disclosure. |
| | | | | | **Jonathan Nagle   Live Testimony to be used at trial**<br>Surveyor<br><br>Knowledge of post salvage condition of boat, Salvage efforts, and salvage disposal. |
| | | | | | **Drew Haines      Live Testimony to be used at trial**<br>**Plaintiff Expert Witness**<br> Mr Haines is an expert witness in the area of Naval Architecture and Engineering. His anticipated area of testimony is the seaworthiness of the vessel and cause of loss as more fully amplified in the expert disclosures and opinion. |
| | | | | | **Mac Lipscomb      Live Testimony to be used at trial**<br> E.J. Halverson & Associates<br><br>Mr. Lipscomb conducted post loss investigation including interviews of the crew, David Michael Killingsworth, Ross Michael Eymard and Steven R. Scibetta after the loss. He has a general understanding of the events that lead up to the sinking of the M/V ANZHELA EXPLORER and its loss. |
| | | | | | **David Michael Killingsworth      Live  Testimony to be used at trial**<br><br>Mr. Killingsworth was a deckhand and engineer on the M/V ANZHELA EXPLORER at the time of her sinking. He has knowledge of the events leading up to the sinking and the loss of the vessel. He also has knowledge regarding the condition of the vessel prior to the loss. |
| | | | | | **Ross Michael Eymard     Video Deposition Testimony to be used at trial**<br><br>Mr. Eymard was the Captain on the M/V ANZHELA EXPLORER at the time of her sinking. He has knowledge of the events leading up to the sinking and the loss of the vessel. He also has knowledge regarding the condition of the vessel prior to the loss. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES*<br>Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | **Steven R. Scibetta          Deposition Testimony to be used at trial**<br><br>Mr. Scibetta was deckhand on the MN ANZHELA EXPLORER at the time of her sinking. He has knowledge of the events leading up to the sinking and the loss of the vessel. He also has knowledge regarding the condition of the vessel prior to the loss. |
| | | | | | **Lieutenant Rich Dixon     Live Testimony to be used at trial**<br>United States Coast Guard Sector Miami<br><br>knowledge of the pre and post loss inspections of the M/V ANZHELA EXPLORER. |
| | | | | | **Lieutenant Carmany     Live Testimony to be used at trial**<br>United States Coast Guard Sector Miami<br><br>knowledge of the pre and post loss inspections of the M/V ANZHELA EXPLORER. |
| | | | | | **Roger Monyhan     Live Testimony to be used at trial**<br><br>knowledge of the pre and post loss inspections of the M/V ANZHELA EXPLORER. |
| | | | | | **Greg Blanchard     Live Testimony to be used at trial**<br>  Fish Offshore<br><br>knowledge of the condition of the M/V ANZHELA EXPLORER prior to her sinking. |
| | | | | | **Dr. Bruce Wardlay**<br><br>knowledge regarding the storage and sale of the M/V ANZHELA EXPLORER after her sinking. |
| | | | | | **Malcolm J. Elliott**<br>**Defendant / Counter Plaintiff's Expert** |
| | | | | | **Brad A. Schoenwald**<br>**Defendant / Counter Plaintiff's Expert** |
| | | | | | **Donald P. Roinestad**<br>**Defendant / Counter Plaintiff's Expert** |
| | | | | | **Ken Draper     Live Testimony to be used at trial**<br>**Plaintiffs Insurance Expert**<br><br>Draper is an insurance expert expected to testify as to as underwritng and insurance placement practices ( specially concerning marine insurance policies) custom and practices in the insurance industry, insurance relations and policy interpretation as well other areas as more fully described in his expert disclosure. |
| | | | | | **Alistair Dredge     Live Testimony to be used at trial**<br>**Plaintiff Expert Witness.**<br><br>Marine Surveyor  to testify regarding vessel condition pre and post loss, mechanism of loss as well other areas as more fully described in his expert disclosure |
| | | | | | **Representatives from Beyel Brothers, Inc.  Live Testimony to be used at trial**<br><br>knowledge of the transportation of the M/V ANZHELA EXPLORER after her sinking. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES* Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | **Representatives from Los Angeles Supply, Inc**. (including Bruce Shurger) knowledge of the storage of the M/V ANZHELA EXPLORER after her sinking. |
| | | | | | **Representatives from Harbour Towne Marina  Live Testimony to be used at trial** knowledge of an incident that occurred to the M/V ANZHELA EXPLORER prior to or at the time it left the Ft. Lauderdale on its voyage to Louisiana. |
| | | | | | **Representatives from Marine Max Yacht Repair     Live Testimony to be used at trial** knowledge of an incident that occurred to the vessel prior to or at the time it left the docks on its voyage to Louisiana. |
| | | | | | **John Estey        Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Chris Eberling     Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Scott Hale        Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Ernie Blanco     Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Miguel Villaverde    Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Ashley Meehan     Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Brett Godfrey     Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | **Pat Grodeska     Live Testimony to be used at trial** knowledge of the salvage efforts taken after the loss and all communications regarding the same as well as the charges invoiced and paid for the salvage of the vessel. |
| | | | | | Any witness identified in the parties in responses to Discovery (subject to objection re competency or rulings on motions in limine) |
| | | | | | Any witness identified in the parties Rule 26 Disclosures (subject to objection re competency or rulings on motions in limine) |
| | | | | | Any witness deposed in the litigation not otherwise identified herein (subject to objection re competency or rulings on motions in limine)        . |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES*<br>Case Number: 07-CV-61162-FAM |
|---|---|---|---|---|---|
| | | | | | Any witnesses listed by Defendant / Counter Plaintiff (subject to objection re competency or rulings on motions in limine) |
| | | | | | **Any and all necessary impeachment and rebuttal witnesses.** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.