United States District Court
Southern District of Florida

**Simultaneous Transcript Access Designation Form**

Note:  This form authorizes remote access to transcripts without delay and should accompany all transcripts uploaded by the Clerk of Court or designee.

Case Number: _____       Case Style: _____

_____No access granted:  transcript ordered by the court.

Access rights are granted to the following attorney(s) of record:

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

Signature of court reporter _____       Date _____