UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-61162-CIV-
Magistrate Judge Edwin G. Torres

STATE NATIONAL INSURANCE
COMPANY,

    Plaintiff,

vs.

ANZHELA EXPLORER LLC, JEFF
DORSEY, MARK ROSANDICH

    Defendants.
_____/

NOTICE OF FILING SUPPLEMENTATION TO PROPOSED FINDINGS OF FACTS

COMES NOW the Plaintiff, by and through it's undersigned attorney, and makes and files this its Notice of Supplementation pursuant to Order of this Court of June 25, 2010 (D.E.192), permitting the parties to submit supplementation authority to the Court with respect to the proposed Findings of Facts and shows as follows:

| CITATION/AUTHORITY | PAGE NUMBER OF PROPOSED FINDINGS |
|---|---|
| *Axis Reinsurance Co. v. Henley*, 2009 WL3416248 (N.D., FLA.) | 26, 28, 33, 34, 37, and 39 |
| *Great Lakes Reinsurance (U.K.), PLC v. Roca*, 2009 WL200252 (S.D., FLA.) | 26 and 28 |
| *Axis Reinsurance Co. v. Resmondo,* 2009 WL 1537903 (M.D., FLA.) | 33 and 38 |

CASE NUMBER: 07-61162-CIV-
Page 2

Respectfully submitted,

 */s/Darlene Lidondici*
Darlene M. Lidondici, Esq.
dml@fertig.com
Fla. Bar No.: 516521

CERTIFICATE OF SERVICE

We hereby certify that on July 7, 2010, we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

FERTIG & GRAMLING
Attorney for Plaintiff
200 SE 13th Street
Fort Lauderdale, FL 33316
Telephone: 954-763-5020
Facsimile: 954-763-5412

DML/jk/9259

By: *s/Darlene M. Lidondici*
dml@fertig.com
Fla. Bar No.: 516521

CASE NUMBER: 07-61162-CIV-
Page 3

## SERVICE LIST

Donald W. Strader
Law Office of Donald W. Strader
8522 S.W. 82 Terrace
Miami, FL 33143-6663
Tel: 305-274-6881
Fax: 305-274-8786
email: dstrader@bellsouth.net
Attorney for Defendant Anzhela Explorer LLC


Charles P. Moure
Harris & Moure P L L C
600 Stewart Street. Suite 1200
Seattle. WA 98101-1878
Phone: 206-224-5657
Fax: 206-224-5659
email: charles@harrismoure.com
Attorney for Defendant Anzhela Explorer LLC

Richard R. Cochran
Fowler, White, Burnett, P.A.
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
rcochran@fowler-white.com