UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61162-CIV-TORRES

STATE NATIONAL INSURANCE
COMPANY,

        Plaintiff,

vs.

ANZHELA EXPLORER, L.L.C.,
JEFF DORSEY, MARK ROSANDICH,

        Defendants.
_____/

**FINAL JUDGMENT**

This matter is before the Court on filed an Plaintiff's Complaint against Defendants Anzhela Explorer LLC ("Anzhela"), Jeff Dorsey, Mark Rosandich, seeking declaration by the Court with respect to a marine insurance policy issued by Plaintiff to Anzhela, as well as Anzhela's amended counterclaim against Plaintiff. Following a bench trial, and pursuant to the Court's Findings of Fact and Conclusions of Law entered on this date, it is hereby **ORDERED AND ADJUDGED**:

    1.    Judgment is entered in favor of Plaintiff State National Insurance Company on Counts I and II of the complaint. Declaratory judgment is entered that finds the marine insurance policy entered into on or about March 23, 2007, for the Anzhela Explorer is void ab initio.

    2.    Judgment is entered in favor of Anzhela on Counts III and IV of Plaintiff's complaint.

3.      Counts V and VI shall be dismissed as moot (with all other claims in the complaint having been previously dismissed).

4.      Judgment is entered in favor of Plaintiff State National Insurance Company, and against Anzhela, on Count VII of the Complaint. State National Insurance Company shall recover from Anzhela the amount of $613,421.50, less all premiums paid to date by Anzhela on the policy, plus post-judgment interest on that amount at a rate of 0.16 percent per annum, for which sum let execution issue forthwith.

5.      Judgment is entered in favor of State National Insurance Company as counter-defendant on Counts I and II of the amended counterclaim. Anzhela shall take nothing on its counterclaims.

6.      This action is now CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of August, 2011.

EDWIN G. TORRES
United States Magistrate Judge