**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**IN ADMIRALTY**

**CASE NUMBER: 0:07-cv-61162-FAM**

STATE NATIONAL INSURANCE COMPANY,

    Plaintiff,

vs.

ANZHELA EXPLORER LLC,
a Washington limited liability
corporation, JEFF DORSEY
and MARK ROSANDICH,

    Defendants.

_____/

**STATE NATIONAL INSURANCE COMPANY'S
DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Plaintiff, STATE NATIONAL INSURANCE COMPANY ("STATE"), by undersigned counsel, serves its disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as follows:

**DISCLOSURES**

1. Pursuant to Fed. R. Civ. P. 26(a)(1)(A), each party is required to disclose, the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information. These disclosures are subject to supplementation pursuant to Fed. R. Civ. P. 26. STATE discloses as follows:

    W.    Various pictures of the salvage of the vessel, the vessel and its parts.

    X.    Bridge Logs.

3.    Pursuant to Fed. R. Civ. P. 26(a)(1)(C), each party must provide a computation of any category of damages claimed by the disclosing party.

    A.    STATE sustained damages of $612,421.50[1] as a result of paying to have ANZHELA EXPLORER LLC'S vessel marked and removed from the ocean.

    B.    STATE seeks prejudgment interest on the actual costs incurred to mark and remove ANZHELA EXPLORER LLC'S vessel from the ocean.

    C.    STATE seeks its costs pursuant to 28 U.S.C. § 1920 and FED. R. CIV. P. 54(d)(1).

4.    Pursuant to Fed. R. Civ. P. 26(a)(1)(D), each party must exchange information, to the extent then readily available, concerning all insurance agreements that may apply to any of the claims asserted in the pleadings.

    A.    The insurance policy in dispute is attached.

    TIMOTHY F. BURR, Florida Bar No. 078352
    Email: tburr@gjtbs.com
    W. DAVID JESTER, Florida Bar No. 894354
    Email: djester@gjtbs.com
    KURTIS JAY KEEFER, Florida Bar No. 0668011
    Email: kkeefer@gjtbs.com
    Galloway, Johnson, Tompkins, Burr & Smith, P.L.C.
    118 East Garden Street
    Pensacola, Florida 32502
    (850) 436-7000
    (850) 436-7099 – facsimile
    Attorneys for Plaintiff, State National Insurance Company

---

[1] STATE inadvertently paid $613,421.50, or one thousand ($1,000.00) more than that which was due to have ANZHELA LLC'S vessel marked and removed from the ocean. STATE is not seeking to recover from ANZHELA LLC the one thousand dollars ($1,000.00) it overpaid or any prejudgment or post-judgment interest associated with the one thousand dollar ($1,000.00) overpayment.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded on all counsel of record on the attached Service List, by email and United States mail properly addressed and postage pre-paid, this _____ day of April, 2008.

_____
KURTIS JAY KEEFER, ESQ.

## SERVICE LIST

**STATE NATIONAL INSURANCE COMPANY vs. ANZHELA EXPLORER LLC, JEFF DORSEY and MARK ROSANDICH**
**CASE NUMBER: 0:07-cv-61162-FAM**
United States District Court, Southern District of Florida

| | |
|---|---|
| Donald Warren Strader, Esq. | Charles P. Moure, Esq. |
| Email: dstrader@bellsouth.net | Email: charles@harrismoure.com |
| Law Office of Donald W. Strader | Harris & Moure PLLC |
| 8522 SW 82nd Terrace | 720 Olive Way, Suite 1000 |
| Miami, Florida 33143-6663 | Seattle, Washington 98101-1878 |
| Telephone: (305) 274-6881 | Telephone: (206) 224-5657 |
| Facsimile: (305) 274-8786 | Facsimile: (206) 224-5659 |
| Attorney for Defendant, Anzhela Explorer LLC | Attorney for Defendant, Anzhela Explorer, LLC |