**Testimony transcripts - Excerpts regarding Watertight Bulkheads**

☐ 2009.01.22 Mark Rosandich Testimony Transcript.pdf
☐ 2009.01.23 Mark Rosandich Testimony Transcript.pdf
☐ 2009.01.27 Eymand, Scibetta Testimony Transcript.pdf
☐ 2009.01.28 Ian Cairns Testimony Transcript.pdf
☐ 2009.01.28 Jeff Dorsey Testimony Transcript.pdf
☐ 2009.01.29 Ian Cairns Testimony Transcript.pdf
☐ 2009.01.30 Donald Roinestad Testimony Transcript.pdf
☐ 2009.02.02 Brad Schoenwald Testimony Transcript.pdf
☐ 2009.02.03 Sam Windsor and Yves Jasmin Testimony Transcript.pdf
☐ 2009.02.10 Malcolm Elliott Testimony Transcript.pdf
☐ 2009.02.11 Jeff Dorsey Testimony Transcript.pdf
in (mostly) chronological order.

### A) Mark Rosandich Testimony Transcript Part I [2009.01.22]

**1)** Page 66
24 **Q.** The Coast Guard, when they inspected the vessel on August
25 22nd they determined that there were penetrations through the
cont. on Page 67
1 watertight bulkheads that were not watertight for them to issue
2 this statement; correct?
3 **A.** No. You are incorrect.
4 **Q.** Well, let me ask it to you this way. Do you see anything
5 on Mr. Elliot's report that places any reasonably prudent reader
6 of the survey that there were penetrations on the watertight
7 bulkheads that were not watertight?
8 **A.** There is not. And I have an answer for that if you want to
9 ask it.

**2)** Page 68
13 In this particular instance between void number two and
14 void number three there was a locking door with a seal on it
15 that under the previous T-regulations was acceptable as being
16 watertight. The United States Coast Guard inspectors then had
17 mandated that I cut that door out and install an access hatch on
18 top of that void so those two compartments, so a door couldn't
19 be left open.
20 I had submitted a request that an indicator switch, visual ]
21 audio in the pilot house would be acceptable. And that was
22 under review at the time.
23 So, of course, this would, this particular item would be

24 unresolved.
(...)

Page 69
11 **A.** It was not resolved as of the date of the sinking. It had
12 nothing to do with the watertight integrity of the vessel.
(...)
cont. on Page 70
2 So it was unresolved in the report. But as far as the hull
3 integrity of the vessel, when that vessel left for Louisiana
4 those hulls were, in my opinion, watertight.

**Mark Rosandich Testimony Transcript Part II [2009.01.23]**

**1)** Page 44, starting line 21
Q. Is there a statement in the letter regarding the hull?
A. Yes. That it was found to be in good condition and that
the underwater gear which basically for the purposes of
definition is the running gear, which is the propellers and
rudders and the like.

**2)** Page 82, starting line 7
Q. Did Costa Rica Yacht -- did they perform welding on the
bulkheads on the vessel?
A. Yes. That was a part of the hull exam. The inspectors
were identifying places that they wanted the welding company to
work in.
Q. And did -- and the vessel --the Coast Guard did examine
the bulkheads prior to issuing a hull certification?
A. Yes. It was part of the process.
Q. Okay. Thank you.

**B) Captain Eymard Testimony Transcript**

**1)** Page 125
15 Q. Is it your opinion that the vessel when you arrived on it
16 was in seaworthy condition?
17 A. Yes.
18 Q. Did you at all ever question taking that boat off the dock
19 the day you took it off the dock as far as its condition of
20 seaworthiness?
21 A. No.
22 Q. In fact, you would not have let that vessel leave the dock
23 if it was not in a seaworthy condition, correct?

24 A. No way.

### C) Steven Scibetta Testimony Transcript

**1)** Page 153
5 Q. In your opinion, was the vessel seaworthy?
6 A. Seaworthy, yes, sir.
**3)** Page 154
11 Q. Do you recall saying on page 8 of the statement taken by
12 Matt Lipscomb, and this is the question:
13 "Was the vessel in seaworthy condition to be making
14 that trip?
15 "Answer: Yeah, yeah, yeah."
16 Do you recall saying that?
17 A. Absolutely.

### D) Jeff Dorsey Testimony Transcript Part I [2009.01.28]

**1)** Page 30
7 But what I do know is that, even though you say the
8 vessel did not have a CofI, we received our two-year hull
9 credit, which is huge. There's two parts to the CofI. Okay?
10 There's a hull credit and there's the top side. The hull is
11 your structure of the vessel, **bulkheads**, side wallets, tanks,
12 piping, plumbing, all of this stuff. They will not issue a
13 CofI, I mean, a whole credit on that vessel unless all of that,
14 the hull is safe, totally watertight integrity and thoroughly
15 inspected. They issued the two-ear hull credit.

Page 31
1 Q. Well, isn't it true the hull credit is just merely the
2 hull, the exterior hull is watertight?
3 A. Absolutely not.

**2) Page 31**
20 Q. When the vessel sailed, one of the outstanding deficiencies
21 by the Coast Guard was that   ]  ] all penetrations through
22 watertight bulkheads must be made watertight. Are you aware
23 that that deficiency was unresolved?
24 A. That deficiency was unresolved as of December 15th. **That**
25 **deficiency did not exist when the vessel left on March 23rd,**
*continues Page 32*
1 **2007.**
2 THE COURT: What work had been done with respect to

3 the watertight compartments between December and March?
4 THE WITNESS: Well, Ray, **the welder, he did some work**
5 **on the watertight bulkheads**. I'm not sure exactly what it was,
6 but I called every tank on that boat myself a couple different
7 times throughout the process and **witnessed the work being done**.
8 For many, many months the welders were there working every day.
9 I think my bill was around $50,000 just for the aluminum hull
10 work. I see there's only a couple of receipts there for about
11 20,000, but it was more than that.
12 I hope I answered. Did I answer your question on
13 watertight bulkheads?

**3) Page 33**
20 Q. My question was: Were all of the watertight, or all of the
21 penetrations in the watertight bulkheads sealed according to
22 Coast Guard standards prior to the vessel leaving Dania on her
23 last voyage?
24 A. To the best of my knowledge, yes, sir.

**Jeff Dorsey Testimony Transcript Part II [2009.02.11]**

**1)** Page 20
10 Q. 144, are these invoices from Costa Rican Yacht Repair?
11 A. Yes.
12 Q. Do these invoices represent the work done on the exhaust
13 system?
14 A. Some of them, yes.
15 Q. Do they also represent the work done on the hull?
16 A. Yes.

**2)** Page 25
18 Q. Turning to Defendant's Exhibit 161, are those also invoices
19 for Cam Machine Shop?
20 A. Yeah. These apparently are duplicates, but   ]   ] well, at
21 least   ]   ] no, this one isn't. This is a new one. That's for a
22 sheer break, which is metal bending from a machine shop. I
23 don't know exactly what it was. But there's sheets of
24 aluminum. They were probably to replace the curved portions of
25 the hull that were replaced.

Page 26
1 Q. Was this to get the vessel, get the hull certification for
2 the vessel?
3 A. Correct.

4 Q. And did you pay for these invoices?
5 A. Yes, I did.
6 Q. As far as you know, the work was performed?
7 A. Yes, it was.

**3) Page 38**
8 Q. Were you made aware of the Coast Guard's stated
9 deficiencies on the vessel?
10 A. Yes.
11 Q. And is it your understanding that work was done on the
12 vessel to correct those deficiencies?
13 A. **Absolutely**. Not all the work that we did has been
14 accounted for, though, by the Coast Guard. We did a
15 substantial amount of work from December 15th, '06 until the
16 vessel left on March 23rd of '07. That's three months worth of
17 fulltime, solid work on the boat that the Coast Guard did not
18 give us credit for. For example, the air tanks on their list
19 of deficiencies. There were several items. I think there was
20 36 items when we started on the process, and as of December
21 15th, 28 of them had been accomplished. So, needless to say,
22 there was a huge amount of effort in getting this boat up to
23 CofI standards. But we weren't there yet.

**4) Page 51**
15 Q. Turning to Defendant's Exhibit 96, page 102, does that
16 photograph depict the entrance to the engine space?
17 A. No. **But what it does depict is all of the hoopla about the**
18 **watertight bulkheads. This is the issue that the Coast Guard**
19 **had with the watertight bulkheads.**
20 MR. FERTIG: What picture are we talking about?
21 THE WITNESS: Defense Exhibit 96, page 102.
22 And what we're looking at there is a quick release
23 hatch hinged hatch, which is almost identical to the ones that
24 we have looked on the bow, on the starboard bow. And these
25 hatches were not designed to be in tank bulkheads. They were

*cont. on Page 52*

1 designed to be flush mounted on decks. **And this is what the**
2 **Coast Guard was talking about, about watertight penetrations in**
3 **the bulkheads**. This is a non ]conforming watertight hatch that
4 **somebody had welded into one of the watertight bulkheads. Now,**
5 **that's not to say that it's not watertight**, but it's just not,
6 you know, what the Coast Guard requires for a CofI vessel.

(...)
12 (...) But that is what the Coast Guard was
13 talking about when **they were talking about the watertight**
14 **bulkhead integrity**.

**5) Page 53**
7 Q. And was that hatch, was it **watertight**?
8 A. Well, there's a rubber seal that runs the whole ring around
9 and it's adjustable. If you see this mechanism in the middle
10 there, there's some adjustments that you can either tighten it
11 up or loosen it up, but **they are very, very good hatches**, very
12 expensive. You know, brand, they're called Freeman hatch
13 covers. And that hatch cover right there is a couple thousand
14 dollar hatch cover, not designed for the purpose where it is
15 installed, **but, nevertheless, a very good, watertight hatch**.


**E) Ian Cairns Testimony Transcript**

**1)** Page 22
23 We found that numerous piping systems throughout the
24 hull were open, so that there was **free communication from**
25 **compartment to compartment through the piping systems**.

cont. on Page 23
1 We found that the **watertight integrity of the**
2 **bulkheads had been compromised** in quite a few locations due to
3 plugs that had been initially installed, not being in place or
4 **penetrations of the bulkheads not being made watertight**.
**2)** (topic: "Penetrations" by non] closed pipes)

Page 42
15 Q. And did you examine   ]  ] well, let me go to another question.
16 I think you also said that the piping systems were
17 open permitting **free communication of water between the**
18 **watertight bulkheads?**
19 **A. We found instances of that, yes**.
20 Q. In respect to your statement, what type of instances did
21 you see?
(...)

Page 43
16 A. I don't know. I think it went to one of the aft

17 compartments.
18 **Q. And was that open?**
19 **A. Yes.**
20 **Q. And would that permit communication of water to flow**
21 **between two watertight compartments?**
22 **A. Yes.**
(topic continues as far as Page 45)

**3)** (topic: other types of penetrations through bulkheads)
Page 45
5 Q. In addition to the pipes that were open, were you able to
6 find any **other types of penetrations between watertight**
7 **bulkheads** in the boat?
8 A. **Yes.** We saw instances where  ]  ] there are quite a few
9 design penetrations through bulkheads and a **design penetration**
10 **through a bulkhead is where you would want to take either a**
11 **pipe or a conduit or an electrical piece through the bulkhead**,
12 and they have to go through specific types of fittings that
13 allow the bulkhead to remain watertight. **We found instances**
14 **where they were missing or where there was nothing fitted**
15 **whatsoever, or where the penetration material itself was**
16 **damaged or non  ]watertight.**


**F) Brad Schoenwald Testimony Transcript**

**1)** Page 23
17 Q. Did you learn in the review of the materials that the
18 vessel had received a two  ]year hull credit?
19 A. Yes.
20 Q. From the Coast Guard?
21 A. Correct.
22 Q. Can you explain to the Court what's entailed in getting a
23 two  ]year hull credit?
24 A. Every two years a boat in this service, or in that what
25 would be in that service was required to go to drydock where

Page 24
1 they will do an underwater examination of the hulls, or the
2 hull, the tail stock [phonetic], the shafts, the shafting of
3 the boat, any appendages, the rudder or the steering mechanism
4 as well as through hull fittings and internals, **and in specific**
5 **regard to watertight bulkheads**, hatches, scuttles, that type of
6 thing.

**2)** Page 29
20 Q. What's entailed for getting hull credit for the COI?
21 A. A complete examination of the underwater body. And it
22 would be anything is suspect, then we'll call for ultrasonic
23 testing to be done, it would be something appears to be suspect
24 and go in depth. At some point plating may have to be replaced
25 on the exterior of the hull. All through hole fitting are

Page 30
1 examined, sea chests are examined, valves are removed and
2 inspected and/or replaced. And that's conducted in the
3 presence of a marine inspector from the Coast Guard. All the
4 internals are walked through, viewed, crawled through,
5 **watertight bulkhead are examined, through bulkhead penetrations**
6 **are examined**, all your deck hatches, scuttles are examined and
7 tested it would be need be. Telshaft examination, as well as
8 propellers, bearings, stock, rudders, any kind of steering
9 apparatuses of the underwater hull appendage is examined and
10 reviewed. Ground tackles are also thrown in there, meaning the
11 anchor and chain and that type of thing.


**G) Sam Windsor**
Again, in (1) and (2) problematic testimony of a bulkhead being compromised ("a hole through a bulkhead", "undemensions (sic) size hole in some bulkhead") but very vague as to time and place of possible damage. In (3) Windsor states that he is not aware of any open piping through bulkheads, in (4) he mentions that he doesn't know which bulkhead the coast guard report refers to, that he can't say that the bulkheads weren't repaired (only he can say that the deficiency wasn't crossed off the list) also in (5) he says there's no evidence that all the bulkheads had holes except at the top.

**1) Page 32**
14 **Q** In your review of the photographs and the material and in
15 review of the reports, were you able to determine that there was
16 a single bulkhead that was compromised?
17 **A** I recall a photograph or something of a hole through a
18 bulkhead, but I don't know what bulkhead it was, between what
19 two compartment or even if it was involved in flooding.
20 Somebody had said   ]  ] and there was a Coast Guard report that
21 said that there was a compromised bulkhead or something. But
22 I've not seen any identification of where that was.

**2) Page 96** (again mentioning of one compromised bulkhead, again not very clear)
18 **Q** Any watertight bulkhead, are you aware of any evidence in

19 this case that there were penetrations through the watertight
20 bulkheads that were not sealed?
21 **A** That's plural. I had seen a photograph of undemensions
22 size hole in some bulkhead somewhere in the boat. I don't know
23 what bulkhead. I have no idea whether that would figure into
24 the sinking of the boat or not. It's only one hull in some
25 bulkhead somewhere in the boat but I don't know where it is.
3) Page 97
5 **Q** I'm talking about open piping of any nature, are you aware
6 of any testimony in this case about open piping that transversed
7 a watertight bulkhead?
8 **A** No, I'm not.

4) Page 97
9 **Q** Okay. And are you aware of the vessel activity summary
10 report by the Coast Guard that found penetrations plural through
11 watertight bulkheads that were required to be made watertight as
12 an outstanding deficiency at the time the vessel sailed?
13 **A** I read that the comment on the Coast Guard paper, I have no
14 knowledge of what bulkhead they're talking about.
15 **Q** But you are aware that in the eyes of the Coast Guard there
16 were penetrations that existed that in the eyes of the Coast
17 Guard weren't rectified when this vessel set sail, aren't you?
18 **A** I don't know that it wasn't rectified when it set sail. I
19 was aware that the Coast Guard said there were penetrations in
20 the bulkhead, but I have no idea what they were or to what
21 extent they were penetration. I don't know.
22 **Q** Well, you are aware that the Coast Guard did not mark it
23 off the list of something that had been resolved as of the time
24 the boat sank?
25 **A** As far as I know, it had not been marked off a list by a

Page 98
1 Coast Guard inspector anywhere.

5) Page 105
3 **A** If the penetrations permit water and if there in enough
4 bulkheads, you can flood water into all those various
5 compartments depending on where you have the holes. But there
6 is no evidence that I've seen of all those bulkheads having
7 holes in them except at the top where the hatches are.

**H) Malcolm Elliott Testimony Transcript**
Surveyor states he did not find any penetrations through watertight bulkheads, but (if

my memory serves me right) he surveyed the vessel before the coast guard did.

**1)** Page 110
8 Q. Well, in your opinion, if a boat is designed to have a
9 watertight bulkhead, it's not necessary for you as a surveyor
10 to point out to the insurance company that the watertight
11 bulkheads have penetrations?
12 A. Again, I'll just say again there is watertight bulkheads in
13 there. The ones I observed, they had glands in them where the
14 pipes and the wires were fastened through.
15 **Q. You did not find any penetrations through the watertight**
16 **bulkheads when you inspected the boat?**
17 **A. I don't believe so, no.**